[No. 36006-3-II.   Division Two.   April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ALONZO WILLIAM BAGGETT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-00881-6, Richard D. Hicks, J., entered March 2, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 36134-5-II.   Division Two.   April 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PHYLLIS KAY BONDURANT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00365-3, Nelson E. Hunt, J., entered March 21, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 36473-5-II.   Division Two.   April 29, 2008.]

DEBORAH M. McLEAN, *Appellant*, v. FOSTER WHEELER ENVIRONMENTAL CORPORATION, *Defendant*, SKOOKUM EDUCATIONAL PROGRAMS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-2-00704-4, Leonard W. Costello, J., entered May 31, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Armstrong, J.